IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HANNIBAL DWAN EASON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    Case No.  20-cv-1157-RJD |
| | ) |
| LATOYA HUGHES | ) |
| | ) |
|    Defendant. | ) |

**90-DAY ORDER**

**DALY, Magistrate Judge:**

    The parties have informed the Court that they have settled this case, but they need additional time to finalize the settlement documents.  Defense counsel is DIRECTED to forward a proposed Settlement Agreement to Plaintiff's counsel within 30 days from the date of this Order. Defense counsel is further directed to file a status report within 60 days from the date of this Order, advising the Court whether the Settlement Agreement has been fully executed and submitted to the CMS for payment.  Once the Settlement Agreement has been fully executed and submitted to the CMS for payment, this case will be dismissed with prejudice (unless Plaintiff or Defendants file a motion requesting otherwise).  No later than 90 days from the date of this Order, the Clerk of Court is directed to enter judgment dismissing this action with prejudice and without costs. The parties are advised that the 90-day period to finalize settlement will not be extended absent exceptional circumstances (and only upon motion by a party).

    Due to the settlement, the Court DENIES AS MOOT all pending motions and VACATES all deadlines and settings.

IT IS SO ORDERED.

DATED: March 18, 2024

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**
